# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARC ANTHONY COLON, | Case No.: 2:18-cv-01691-APG-GWF |
| Plaintiff | **Order** |
| v. | |
| R. BAKER, et al., | |
| Defendant | |

Petitioner Mark Anthony Colon is in custody at the Lovelock Correctional Center. He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. Colon filed this action in the unofficial southern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of the court. Under Local Rule LR IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

IT THEREFORE IS ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

Dated this 12th day of October, 2018.

_____
ANDREW P. GORDON
United States District Judge