# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARC ANTHONY COLON,

    Petitioner,

v.

R. BAKER, *et al.*,

    Respondents.

Case No. 3:18-cv-00490-MMD-CBC

ORDER

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus. He did not include with his application (ECF No. 1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LR 1-2.

It is therefore ordered that his application to proceed in forma pauperis (ECF No. 1) is denied without prejudice.

It is further ordered that Petitioner shall file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of Court shall send petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), and file a new petition accompanied by a copy of this order. Petitioner has thirty days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 17th day of October 2018.

    MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE