UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC ANTHONY COLON, | Case No. 3:18-cv-00490-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| R. BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time. (ECF No. 18.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 18) is granted. Petitioner will have up to and including May 15, 2020, to file a second amended petition for a writ of habeas corpus.

DATED THIS 16th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE