UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARC ANTHONY COLON, | Case No. 3:18-cv-00490-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| R. BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time. (ECF No. 32.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 32) is granted. Petitioner will have up to and including December 9, 2021, to file a second amended petition for a writ of habeas corpus.

DATED THIS 14th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE