# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC ANTHONY COLON,<br><br>　　　　　　Petitioner,<br>　v.<br>R. BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:18-cv-00490-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time. (ECF No. 35.) The Court finds good cause exists to grant the motion. However, given the number of extensions that Petitioner has requested, as well as the length of the current extension request, this is the last extension that the Court will grant.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 35) is granted. Petitioner will have up to and including May 9, 2022, to file a second amended petition for a writ of habeas corpus. No further extensions will be granted.

DATED THIS 9th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE