# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC ANTHONY COLON,<br><br>　　　　Petitioner,<br>　v.<br><br>R. BAKER, *et al.*,<br><br>　　　　Respondents. | Case No. 3:18-cv-00490-MMD-CLB<br><br>ORDER |

　　Petitioner filed an unopposed first motion for extension of time. (ECF No. 49.) The Court finds good cause exists to grant the motion.

　　It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 49) is granted. Petitioner will have up to and including January 6, 2023, to file a second amended petition for a writ of habeas corpus.

　　DATED THIS 5th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE