UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC ANTHONY COLON,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>R. BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00490-MMD-CLB<br><br>ORDER |

　　Petitioner filed an unopposed motion for an extension of time to file an amended petition. (ECF No. 54.) The Court finds good cause exists to grant the motion.

　　It is therefore ordered that Petitioner's unopposed motion for an extension of time (ECF No. 54) is granted. Petitioner will have up to and including May 2, 2023, to file a second amended petition for a writ of habeas corpus.

　　DATED 1st Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE