UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC ANTHONY COLON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>R. BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00490-MMD-CLB<br><br>ORDER |

　　　　Petitioner Marc Anthony Colon has filed an unopposed motion for extension of time. (ECF No. 56.) This is the Petitioner's fourth request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　　It is therefore ordered that the Petitioner's unopposed motion for extension of time (ECF No. 56) is granted. The Petitioner will have up to and including June 2, 2023, to file a second amended petition for a writ of habeas corpus.

　　　　DATED THIS 1st Day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE