UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARC ANTHONY COLON, | Case No. 3:18-cv-00490-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| R. BAKER, *et al.*, | |
| Respondents. | |

Petitioner Marc Anthony Colon has filed an unopposed motion for extension of time, requesting a three-day extension to file his second amended petition. (ECF No. 58.) This is Petitioner's fifth request for an extension of this deadline. The Court finds good cause exists to grant this final extension motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 58) is granted. Petitioner will have up to and including June 5, 2023 to file a second amended petition for a writ of habeas corpus.

DATED THIS 2nd Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE