UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC ANTHONY COLON,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>R. BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00490-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time, requesting a 60-day extension to file their answer to Petitioner Marc Anthony Colon's second amended petition. (ECF No. 61.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 61) is granted. Respondents have up to and including October 3, 2023 to file their answer.

DATED THIS 2nd Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE